# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:20-CV-03419-LTB

Plaintiff:
**ROBERT SCOTT BROOKS**

vs.

Defendant:
**JORDAN FOX, BENJAMIN MOORE, AMY MOORE, ALEC RHODES, RILEY RHODES, MIDFIRST BANK, JOHN DOES #1-10, AND JOHN DOES CORPOREAL ENTITIES #1-10**

For:
Andrew Quiat
The Law Offices of Andrew L. Quiat, P.C.
8901 W. Yale Ave.
Lakewood, CO 80227

Received by Denver Attorney Services, LLC on the 23rd day of November, 2020 at 12:09 pm to be served on **ALEC RHODES, 2450 S. JOSEPHINE ST., DENVER, CO 80210**.

I, Tricia L. Music, being duly sworn, depose and say that on the **24th day of November, 2020** at **3:49 pm**, I:

Served a family member by delivering a true copy of the **SUMMONS, IN A CIVIL ACTION, COMPLAINT and EXHIBITS 1 through 13** with the date and hour of service endorsed thereon by me, to: **RILEY RHODES** whom identified themselves as **Family Member** to subject at the address of: **2450 S. JOSEPHINE ST., DENVER, CO 80210**, which is **ALEC RHODES's** usual place of **Abode**, who resides therein, and whom is eighteen (18) years of age or older and informed said person of the contents therein, in complia nce with state statutes.
I also confirmed that **ALEC RHODES** does currently reside at **2450 S. JOSEPHINE ST., DENVER, CO 80210**.
 Actual service location: (39.6720,-104.9581) accuracy 21 m.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 140, Hair: Dark Brown, Glasses: N

I declare under penalty of perjury under the law of Colorado that the foregoing is true and correct.

Executed on the 25th day of November, 2020 at Denver County, Colorado

Dated the 25th day of November, 2020

Tricia L. Music

Denver Attorney Services, LLC
1660 South Albion Street, Suite 826
Denver, CO 80222
(800) 477-8522

Our Job Serial Number: DVA-2020003811

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1x

